# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>No. 2:16-md-2724-CMR |
| This Document Relates to:<br><br>*Southwest Airlines Co. v. Actavis Holdco U.S., Inc., et al.* | No. 2:25-cv-02951 |

### Plaintiff's Uncontested Motion to Unseal the Docket in
### Case No. 2:25-cv-02951

Pursuant to Fed. R. Civ. P. 5.2(d), Local Rules 5.1.2(6) and 5.1.5, Plaintiff Southwest Airlines Co. respectfully requests that the Court enter an order to unseal the Docket in the above-captioned case. In support of the Motion, Plaintiff states:

1. On June 9, 2025, Plaintiff filed a Complaint in this Court captioned *Southwest Airlines Co. v. Actavis Holdco U.S., Inc., et al.*, which it designated as being related to MDL No. 2724, *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*. *See* Complaint [ECF No. 1]; Designation Form [ECF No. 1-4].

2. Certain allegations in Plaintiff's Complaint are based upon information that Defendant Sandoz, Inc. has designated as Protected Material pursuant to the MDL Protective Order. *See* Pretrial Order No. 195 ¶ 5 [MDL ECF No. 1976]. Because of this, Plaintiff's counsel sought guidance from the Clerk's office on the proper procedure for filing an initial complaint under seal.

3. Due to a misunderstanding of the Clerk's guidance, undersigned counsel submitted Plaintiff's Complaint by email to ECF_Documents@paed.uscourts.gov, which resulted in the Complaint being placed on a sealed docket.

4. It was not Plaintiff's intent for the entire docket to be placed under seal. Rather, Plaintiff intended only for the Complaint to be placed under seal on an otherwise

public docket. Plaintiff's counsel should have clarified this when seeking guidance from the Clerk's office, and apologizes to the Court and the Clerk's office for any confusion.

5. Plaintiff therefore respectfully requests that the Court unseal the docket in this matter. However, since the Complaint contains Protected Material under PTO 195, Plaintiff also respectfully requests that the Complaint [ECF No. 1] remain under seal on the unsealed docket. The Exhibits to the Complaint [ECF No. 1-1, 1-2], the Civil Cover Sheet [ECF No. 1-3], and the Designation Form [ECF No. 1-4] do not contain Protected Material and do not need to remain under seal.

6. Once the docket is unsealed, Plaintiff will file a redacted version of its Complaint on the public docket which will omit any protected material, pursuant to the procedure set forth in ¶ 9.2 of Pretrial Order No. 7 [MDL ECF No. 121].

7. As no other party has been served or entered an appearance, undersigned counsel certifies that this motion is uncontested. Local Rule 7.1(c).

8. Pursuant to Local Rule 7.1(a), a proposed order is attached hereto for the Court's consideration.

Dated: June 12, 2025

Respectfully Submitted,

**Bartlit Beck LLP**

s/ Sundeep K. (Rob) Addy
Sundeep K. (Rob) Addy (CO #38745)
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
(303) 592-3100

rob.addy@bartitbeck.com

*Counsel for Plaintiff*